FILED

10/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0316

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0316

_____

PERKINS FAMILY HOLDINGS, LLC, a
Montana Limited Liability Company,

Plaintiff and Appellant,

v.                                                           O R D E R

SNOWGHOST BUILDERS, LLC, a
Montana Limited Liability Company,

Defendant and Appellee.

_____

The Court, having reviewed the parties Stipulated Motion to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this cause is DISMISSED, with prejudice.

DATED AND ELECTRONICALLY SIGNED AS NOTED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2022